**Order entered October 12, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00538-CR

**STEPHEN CRAIG MESHELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-48317-Y**

## ORDER

We **GRANT** court reporter Kelly Simmons' request for extension to file reporter's record

and **ORDER** the reporter's record to be filed no later than 30 days from the date of this order.


/s/     LANA MYERS
         JUSTICE